**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 00-6148**

───────────

ANDREW A. MORRISON,

                              Plaintiff - Appellant,

      versus

JUAN ARRISUENO,

                              Defendant - Appellee.

───────────

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Peter J. Messitte, District Judge.  (CA-
99-2718-PJM)

───────────

Submitted:  June 30, 2000           Decided:  July 19, 2000

───────────

Before WILKINS, TRAXLER, and KING, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Andrew A. Morrison, Appellant Pro Se.  Michael Evan Blumenfield,
KRAMON & GRAHAM, Baltimore, Maryland, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Andrew A. Morrison appeals the dismissal of his 42 U.S.C.A. § 1983 (West Supp. 2000) action. We have reviewed the district court's order dismissing the action and find no reversible error. See Morrison v. Arrisueno, No. CA-99-2718-PJM (D. Md. Dec. 27, 1999; & Feb. 3, 2000); see also Estelle v. Gamble, 429 U.S. 97, 106 (1976); Miltier v. Beorn, 896 F.2d 848, 851 (4th Cir. 1990). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED